STATE, EX REL. COBB, APPELLANT, *v.* BABCOCK & WILCOX COMPANY ET AL., APPELLEES.

[Cite as State, ex rel. Cobb, *v.* Babcock & Wilcox Co. (1989), 43 Ohio St. 3d 175.]

(No. 88-2068—Submitted April 4, 1989—Decided June 14, 1989.)

*Leslie G. Cobb, pro se.*

*Roetzel & Andress* and *Gary W. Spring,* for appellees Babcock & Wilcox Co., Roetzel & Andress and Gerald Reinhart.

*Greene, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald G. Macala* and *Randall Vehar,* for appellees Leonard Beauchamp and Charles Lemon.

*Edward L. Gilbert Co., L.P.A.,* and *Edward L. Gilbert,* appellee *pro se.*

*Buckingham, Doolittle & Burroughs* and *James D. Kurek,* for appellee Roadway Express, Inc.

*Richard L. Goldsmith, Jr.,* appellee *pro se.*

*Vasko, Haller, Morris, Roberto & Rose Co., L.P.A.,* and *Carmen V. Roberto,* for appellee George B. Vasko.

*Per Curiam.* The judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.